IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:04CR164 |
| | ) | |
| V. | ) | |
| | ) | |
| JUAN MORALES, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

After consultation with counsel and the probation officer by telephone, and recognizing that counsel and the probation officer have been provided with the contents of sealed filing no. 452,

IT IS ORDERED that:

1. The restrictions imposed in filing no. 452 are lifted. Counsel and the probation officer may use the contents of that filing as they deem proper.

2. The undersigned will consider the contents of filing no. 452 to the extent appropriate.

DATED this 27th day of February, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge